**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| SAMUEL STEIN, | : | Case No. 3:24-cv-166 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| RODNEY N. HOWELL, JR., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

**NOTICE TO PRO SE PLAINTIFF OF MOTION FOR JUDGMENT ON THE PLEADINGS**

---

You are hereby notified that Defendants Bonner, Henschen, Howell, Sparkman, Ransom, and Patrick filed a Motion for Judgment on the Pleadings on October 17, 2024.  (Doc. #13).  You should receive a copy of the Motion directly from Defendants.

Your response must be filed with the Court not later than **November 12, 2024**.  *See* S.D. Ohio Civ. R. 7.2(a).  If you fail to file a timely response, Defendants' Motion for Judgment on the Pleadings may be granted and your case dismissed.


October 18, 2024                      

*s/Peter B. Silvain, Jr.*                      
Peter B. Silvain, Jr.
United States Magistrate Judge